**Patrick O. CHRISTIAN, Plaintiff–Appellant,**

v.

**Martha CURRAN; R. Andrew Murray, Defendants–Appellees.**

**No. 13–1668.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Sept. 26, 2013.

Patrick O. Christian, Appellant Pro Se.

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Christian v. Curran*, No. 3:13–cv–00291–FDW–DCK (W.D.N.C. May 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*